## BARROW, ADM'R, v. PAGLES, ET AL.

1. The omission to aver in a *scire facias*, to show cause why an execution should not issue on a judgment which had been affirmed in the Supreme court, *that the record of the judgment remained in the inferior court*, cannot be taken advantage of on demurrer, as special demurrers have been abolished by statute.

ERROR to the County Court of Mobile.

DARGAN, for plaintiff in error.
STANLY, *contra.*

ORMOND, J.—This case is, in all respects, like the one between the same parties, [p. 422.] except that it is not alleged that the affirmance of the judgment by the supreme court appears, by the certificate of the clerk. But the omission of *prout patet per recordum,* can only be taken advantage of, by special demurrer; [1 Chitty's Pleadings, 358;] and as by our statute, all special demurrers are to have only the effect of general demurrers, it results that the omission cannot be taken advantage of. Nor can any injury possibly result from this view, inasmuch as it will always be in the power of the defendant, by the plea of *nul tiel record,* to put the plaintiff on proof that there is such a record remaining in the court, out of which the *scire facias* issues.

Let the judgment be reversed, and the cause remanded.